

**ORDERED in the Southern District of Florida on July 30, 2007.**

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

LORRAINE BROOKE ASSOCIATES,                Case No. 07-12641-BKC-AJC
INC.,                                      Chapter 7

        Debtor.
_____/

DREW M. DILLWORTH, Chapter 7               Adv. Pro. No.  07-01526-BKC-AJC
Trustee for the estate of LORRAINE
BROOKE ASSOCIATES, INC.,

        Plaintiff,

v.

WASHINGTON MUTUAL, INC.,
a Washington corporation,

        Defendant.
_____/

**ORDER GRANTING *EX PARTE* AGREED MOTION BY PLAINTIFF TO (I) DEEM
PLEADINGS AMENDED WITH RESPECT TO NAME OF DEFENDANT; AND
<u>(II) DIRECT CLERK OF COURT TO ISSUE ALIAS SUMMONS</u>
(To deem pleadings amended to reflect Washington Mutual Bank as Defendant)**

778724-1

THIS CAUSE came before the Court upon the *Ex Parte Agreed Motion by Plaintiff to (I) Deem Pleadings Amended with Respect to Name of Defendant; and (II) Direct Clerk of Court to Enter Alias Summons* (the "Motion"). The Court, having reviewed the Motion, the Court file and being otherwise fully advised in the premises, does

**ORDER** as follows:

1. The Motion is **GRANTED**.

2. The name of the Defendant in all prior pleadings and papers filed in this adversary proceeding shall be treated as Washington Mutual Bank, as of the date the *Complaint to (I) Recover Fraudulent Transfers and (II) Recover Property* (C.P. No. 1) (the "Complaint") was filed.

3. The Clerk of the Court is directed to issue an Alias Summons upon Washington Mutual Bank.

4. Effective upon the entry of this Order, the Defendant, Washington Mutual, Inc. shall be dismissed from this adversary proceeding, with prejudice.

5. Defendant, Washington Mutual Bank, shall file and serve its answer or response to the Complaint within fifteen (15) days from the date of issuance of the Alias Summons referenced in paragraph 3 above.

# # #

Submitted by:
Paul A. Avron, Esq.
Berger Singerman, P.A.
200 S. Biscayne Boulevard
Suite 1000
Miami, FL 33131
Tel. (305) 755-9500
Fax. (305) 7154-4340
E-mail:  pavron@bergersingerman.com

778724-1                                              2

Copy furnished to:
Paul A. Avron, Esq.
*(Attorney Avron is directed to mail a conformed copy of this Order upon all interested parties and to file a certificate of service).*